**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| DEANNA LEWAKOWSKI, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>AQUESTIVE THERAPEUTICS, INC., KEITH J. KENDALL, and JOHN T. MAXWELL,<br><br>Defendants. | No.: 3:21-cv-03751-ZNQ-DEA<br><br>**DECLARATION OF JONATHAN HORNE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT** |

I, Jonathan Horne, make this declaration pursuant to 28 U.S.C. § 1746. I hereby state as follows:

1. I am an attorney at The Rosen Law Firm, P.A., Lead Counsel for Lead Plaintiffs and the Class in the above-captioned action. I have been admitted to this Court *pro hac vice*. I have personal knowledge of the facts stated herein and, if called as witness, I could and would testify competently hereto.

2. I submit this Declaration in support of Plaintiffs' Opposition to Defendants' Motion to Dismiss the Amended Complaint.

3. Attached hereto is a true and correct copy of the following exhibit:

Exhibit 1:   A transcript of Aquestive Therapeutics Inc's September 25, 2020 Conference Call.

1

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 30, 2021

/s/*Jonathan Horne*
Jonathan Horne

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this **DECLARATION OF JONATHAN HORNE IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT** was filed electronically with the United States District Court for the District of New Jersey through the Court's ECF System on this date. This Notice of Electronic Filing constitutes service on all parties under Rule 14(b)(1) of this Court's ECF Policies and Procedures listed in Local Civil Rule 5.2.

Dated: September 30, 2021

*/s/Laurence Rosen*
Laurence Rosen