SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ONE MANHATTAN WEST

NEW YORK, NY 10001

———

TEL: (212) 735-3000

FAX: (212) 735-2000

www.skadden.com

DIRECT DIAL
212.735.2217
DIRECT FAX
917.777.2217
EMAIL ADDRESS
Andrew.Muscato@Skadden.com

FIRM/AFFILIATE OFFICES
————
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
————
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
TOKYO
TORONTO

June 15, 2022

**VIA ECF**

Honorable Zahid N. Quraishi
United States District Judge
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

       Re:  *Lewakowski v. Aquestive Therapeutics Inc., et al.*,
           Civil Action No. 3:21-cv-03751-ZNQ-DEA

Dear Judge Quraishi:

   On behalf of Defendants in the above-referenced action, we respectfully write to alert the Court to yesterday's affirmance by the United States Court of Appeals for the Third Circuit of Judge Martinotti's decision in *In re Amarin Corp. PLC Sec. Litig.* ("*Amarin III*"), 2021 WL 1171669 (D.N.J. Mar. 29, 2021). Defendants cite to the *Amarin III* decision in their pending motion to dismiss Plaintiffs' Amended Class Action Complaint (Dkt. No. 25). (*See* Dkt. 33, at 2, 6, 20, 24, 26.) For the Court's convenience, a copy of the Third Circuit's non-precedential decision, *In re: Amarin Corp. PLC Sec. Litig.*, No. 21-2071, 2022 WL 2128560 (3d Cir. June 14, 2022), is attached hereto as Exhibit A.

            Respectfully submitted,

            s/ Andrew Muscato
            Andrew Muscato

cc:  All counsel via ECF