## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
DEANNA LEWAKOWSKI, Individually         :
and on behalf of all others similarly situated, :
                                        :
                                        :   Case No. 3:21-cv-03751(ZNQ)(DEA)
                Plaintiff,              :
                                        :
        v.                              :
                                        :
AQUESTIVE THERAPEUTICS INC.,            :
KEITH J. KENDALL, and JOHN T.           :
MAXWELL,                                :
                                        :
                Defendants.             :
                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

### **STIPULATION OF VOLUNTARY DISMISSAL**

WHEREAS, Plaintiff Deanna Lewakowski commenced this putative securities class action on March 1, 2021, against Defendants Aquestive Therapeutics Inc., Keith J. Kendall and John T. Maxwell;

WHEREAS, on April 30, 2021, Plaintiff Arthur Haase timely moved the Court for appointment as lead plaintiff and to approve his selection of counsel (Dkt. No. 9);

WHEREAS, on May 6, 2021, the Court granted Plaintiff Arthur Hasse's motion, appointing Arthur Hasse as Lead Plaintiff and approving his selection of The Rosen Law Firm, P.A. as Lead Counsel (Dkt. No. 21);

WHEREAS, on June 25, 2021, Lead Plaintiff Arthur Haase and Named Plaintiffs Matthew Smoak and Jamie Kakugawa (collectively, "Plaintiffs") filed an Amended Class Action Complaint ("Complaint") (Dkt. No. 25) against Defendants Aquestive Therapeutics, Inc., Keith J. Kendall, John T. Maxwell, and Daniel Barber (collectively, "Defendants");

WHEREAS, on June 28, 2021, the case was reassigned to Judge Zahid N. Quraishi for all further proceedings (Dkt. No. 26);

1

WHEREAS, on August 16, 2021, Defendants filed a motion to dismiss the Complaint (Dkt. No. 33);

WHEREAS, on March 14, 2023, the Court granted Defendants' motion to dismiss the Complaint without prejudice and granted Plaintiffs leave to file a Second Amended Complaint by no later than April 14, 2023 (Dkt. No. 41);

WHEREAS, Plaintiffs have determined not to file an amended complaint;

WHEREAS, Plaintiffs have agreed to dismiss the instant action with prejudice;

WHEREAS, the parties have agreed to bear their own costs and fees;

WHEREAS, no compensation in any form has passed directly or indirectly to Plaintiffs or their respective attorneys and no promise, understanding, or agreement to give any such compensation has been made.

**IT IS HEREBY STIPULATED AND AGREED**, by and through the undersigned attorneys for the respective parties, and subject to the Court's approval, this action shall be dismissed pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and all claims therein are dismissed with prejudice as to Lead Plaintiff Arthur Haase and Plaintiffs Matthew Smoak and Jamie Kakugawa.  Each party bears its own costs and fees.

IT IS SO STIPULATED.

DATED:  April 7, 2023

| | |
|---|---|
| **THE ROSEN LAW FIRM, P.A.** | **SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP** |
| s/Laurence Rosen | s/ Andrew Muscato |
| Laurence Rosen | Andrew Muscato |
| One Gateway Center, Suite 2600 | Jay B. Kasner (*pro hac vice*) |
| Newark, NJ 07102 | Alexander C. Drylewski (*pro hac vice*) |
| Telephone: (973) 313-1887 | One Manhattan West |
| Facsimile: (973) 833-0399 | New York, New York 10001 |
| lrosen@rosenlegal.com | Telephone: (212) 735-3000 |
| | Fax: (212) 735-2000 |
| **THE ROSEN LAW FIRM, P.A.** | andrew.muscato@skadden.com |
| Erica L. Stone | jay.kasner@skadden.com |
| Phillip Kim (*pro hac vice*) | alexander.drylewski@skadden.com |
| Jonathan Horne (*pro hac vice*) | |
| 275 Madison Avenue, 40th Floor | *Counsel for Defendants Aquestive Therapeutics Inc., Keith J. Kendall, John T. Maxwell and Daniel Barber* |
| New York, NY 10016 | |
| Telephone: (212) 686-1060 | |
| Facsimile: (212) 202-3827 | |
| estone@rosenlegal.com | |
| pkim@rosenlegal.com | |
| jhorne@rosenlegal.com | |

*Lead Counsel for Lead Plaintiff Arthur Haase and Plaintiffs Matthew Smoak and Jamie Kakugawa*

**IT IS SO ORDERED.**

Dated: April 10, 2023, 2023

_____
HON. ZAHID N. QURAISHI
UNITED STATES DISTRICT JUDGE

3